Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Yusen Valenzuela Herrera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>YUSEN VALENZUELA-HERRERA<br><br>            Defendant | Case No. CR S 14-00326 - GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for April 1, 2016, be continued to April 15, 2016 at 9:00 a.m. for judgment and sentencing. Probation has been advised of the new date.

DATED: March 29, 2016          /s/ Dina L. Santos
                               Attorney for Defendant,
                               Yusen Valenzuela-Herrera


DATED: March 29, 2016          /s/ Josh Sigal,
                               JOSH SIGAL
                               Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  March 29, 2016

1
2
3    _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26