Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Yusen Valenzuela Herrera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YUSEN VALENZUELA-HERRERA<br><br>　　　　Defendant | Case No. CR S 14-00326 - GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |

　　The parties hereto stipulate that the judgment and sentencing hearing now set for April 15, 2016, be continued to April 22, 2016 at 9:00 a.m. for judgment and sentencing.  Probation has been advised of the new date.

DATED: April 12, 2016　　　　　　　/s/ Dina L. Santos
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Yusen Valenzuela-Herrera


DATED: April 12, 2016　　　　　　　/s/ Josh Sigal,
　　　　　　　　　　　　　　　　　　JOSH SIGAL
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  April 13, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge