**FILED**

APR 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00326-GEB-3 |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| YUSEN VALENZUELA-HERRERA, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release Yusen Valenzuela-Herrera from custody on the indictment in this case as soon as practicable.

IT IS SO ORDERED.

Date: April 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-file copy-
copies given to USM in Court

1